

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 27, 2023

**BY ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *United States v. Michael Shvartsman et al.*, 23 Cr. 307 (LJL)

Dear Judge Liman:

  The Government writes, with the consent of all defense counsel, to respectfully request a brief adjournment of the current motions schedule in the above-captioned case. After consulting with the defense, the Government respectfully requests that:

- The Government's opposition to the defendants' motions be due January 12, 2024;
- The defendants' replies be due January 18, 2024; and
- Oral argument, if any, be scheduled on a date convenient to the Court on or after January 22, 2024.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

By: *Elizabeth A. Hanft* (signature)
   Elizabeth A. Hanft
   Daniel G. Nessim
   Matthew R. Shahabian
   Assistant United States Attorneys
   (212) 637-2334/2486/1046