# EXHIBIT V

04/22/2024

To Whom It May Concern,

I am writing to offer my sincere testimony regarding my professional relationship with Gerald Shvartsman, whom I have had the privilege of working under for over six years. My name is Ariel Ramos, and I wish to express my utmost respect and admiration for Gerald, as well as provide insight into his character and management style.

From the moment I joined the team, Gerald extended a warm welcome, immediately fostering a sense of belonging and support within the company. Despite my initial uncertainties, Gerald demonstrated unwavering faith in my abilities, exemplified by his prompt acknowledgment of my contributions through a pay raise and subsequent promotion to assembly supervisor. His belief in my potential was a source of motivation and empowerment, particularly considering my age of 48, where such opportunities are often scarce.

Moreover, I encountered a significant medical emergency during my tenure, which necessitated a 30-day absence from work. During this challenging time, Gerald exhibited remarkable compassion and empathy by personally reaching out to me while I was hospitalized. His reassurance that my job and position were secure alleviated much of my anxiety, allowing me to prioritize my recovery without undue stress.

Beyond his managerial duties, Gerald consistently invests in the professional development of his team members, me included. His mentorship and support extend far beyond the confines of our workplace, as he dedicates himself to fostering a culture of growth and collaboration at Source Furniture.

In conclusion, I am profoundly grateful for the opportunities and support that Gerald has provided me throughout my tenure. His leadership exemplifies integrity, compassion, and a genuine commitment to the well-being of his employees. It is my sincere hope that this testimony serves to illuminate the positive impact that Gerald has had on both me and the Source Furniture team.

Sincerely,

*(signature)*

Ariel Ramos

04/19/2024

Dear Judge

I hope this letter finds you well. I wanted to take a moment to express my sincere gratitude for the opportunities Mr. Gerald Shvartsman has provided me as the lunch truck man serving his company. His support and collaboration have been instrumental in the growth of my business, and I am truly thankful for him allowing me to sell to his employees.

Since I first began serving your employees, I have witnessed firsthand your commitment to not only their well-being but also their professional development. By providing me with regular access to the employees during breakfast and lunch breaks, he has enabled me to expand my customer base and increase my revenue. This support has allowed me to invest in improving my services and offerings, ultimately enhancing the experience for everyone involved.

Moreover, I am deeply appreciative of his generosity in assisting employees who may be facing financial challenges. His willingness to help pay for meals for those who may not have the means to afford them demonstrates compassion and dedication to supporting his team members. Additionally, his willingness to provide opportunities for individuals from the work release program speaks volumes about your commitment to giving back to the community and offering second chances to those in need.

As someone who has directly benefited from your kindness and support, I cannot thank him enough for all that he has done for me and my business. His actions embody the true spirit of generosity and compassion, and I am honored to be associated with Mr.Shvartsmans and his company.

Sincerely,

Jose Octavo

April 18th, 2024

Your Honor, I am writing to you today regarding Mr. Gerald Shvartsman. I simply want to give you some insight into the person that he really is.

Ten years ago, Gerald was kind enough to hire me through the FDOC work release program. I was completing a 9 year prison sentence, and I was able to finish the last 11 months working at Source Furniture. I was hired as a warehouse worker, but after a short period of time, Gerald noticed that I had additional skills, and we had a brief conversation about my past. Soon after that I was given the Maintenance Manager position. And since then, I have become the Facilities Manager, overseeing many operations at our various locations. I will always be grateful for the opportunity that he gave me to resurrect my career and my life.

My story is not unique in our company. Gerald has always believed in giving people a second chance. Over the years Gerald has hired many employees through the FDOC work release programs. Some simply work until their time is completed. However, many have stayed on and made this their careers. Several have moved up into Management and Supervisory roles within the company. And all of this was possible because Gerald took the time to learn about the individuals that were given these opportunities.

Gerald is not just a great leader in our company, but has also become a great husband, father, and family man. I pray that you show him some leniency so that he can complete his sentence, pay his penance, and return to his family, who will miss him dearly while he will be incarcerated.

Respectfully,

Michael Grubbs

04/17/2024

Greetings your Honor

My name is Angel L Pereira Esteras, DC# X75844, I am currently serving a 15 year sentence. I'm currently also working with the OPA LOCKA CRC Work Release to help me prepare for the future before I get released.

I am currently employed via the work release program at Source Outdoor. Mr. Gerald Shvartsman has given me the opportunity to work in a safe place with good training from great people and many professionals who were previously in my current situation.

Mr. Gerald is giving me the tools to change my life and he is also teaching me to take responsibility and how to succeed in different roles here at Source. His kindness goes far beyond what I expected, thanks to him I can count on a full-time position even after I am released. Gerald deserves the chance he has given me. Please take into consideration what he is doing for me and many others.

Thank you for your time.

*[signature]*

4/18/2024

Your Honor,

I am writing to provide you with insight into who Gerald Shvartsman is to me and how he has positively impacted my life. My name is Quinard Capers, and after completing a three-year sentence, I found myself at Source Furniture with little hope of employment. However, Gerald Shvartsman took a chance on me, disregarding my past mistakes and criminal history. Under his guidance, I have been employed at Source Furniture for nearly three years now, and I am immensely grateful for the opportunity he has given me to rebuild my life.

Gerald has proven to be an exceptional boss and a compassionate individual. He consistently makes himself available to address any concerns or needs we may have, maintains an open-door policy, and demonstrates genuine care for his employees. His willingness to provide advice and second chances sets him apart as a leader. Moreover, he actively promotes the growth and development of his employees, offering opportunities that may not have been available elsewhere.

I urge Your Honor to consider granting Gerald Shvartsman the same second chance he has graciously extended to me and numerous others. His presence is invaluable to his family, friends, and employees alike.

If you require further information or have any questions, please do not hesitate to contact me.

Sincerely,

*Capers Quinard*

Quinard Capers

Magdalena Carrerro
7902 NW 67th Avenue
Miami, FL 33321

June 20, 20024

Dear Judge Liman,

I am writing to you today to provide insight into the character and contributions of Gerald Schvartsman, my employer and my friend of 15 years. I have watched Gerald grow and seen him at his best and his worst. I have been with him since the inception of the business and when you see someone every day, you know them in a way different than a spouse. I have seen him fail and get right back up again when most would not.

When we moved into our first office, Gerald was sleeping on a mattress on the floor. I wondered if I made the right decision taking the job but have not regretted it. He has always been an extremely hard worker and kind to all 130 of our employees. His willingness to get back on his feet when business was bad and when we all suffered through Covid. He was my inspiration when I lost my husband to Hoskins Lymphoma right before I began working for him. It was Gerald who loaned me money, helped me to ensure my kids got psychological care and and that they had a roof over their heads.

He has changed my life through his mentorship and support, and I have been able to grow personally and professionally. My three children were given opportunities that otherwise would not exist if not for his kindness and generosity.

This case could not have been more of a shock to me. I can see that he deeply regrets the situation he is in and the shame he has brought his family and the business.

I personally have concerns about the ripple effect of any incarceration. Gerald is a mentor to our employees, many with criminal records and some in recovery. They are thriving with Gerald as he provides structure, advice and most importantly he looks at them as individuals not as just workers. They follow his lead because he has earned their trust and respect. This business is a success because of Gerald and we all share a deep concern about what might happen if he is not here as he is the only one that the business and the employees in the most intimate way.

Sincerely,

Magdalena Carrero

04/18/2024

Your Honor,

My name is Rodrick Harris, I want to express to you my personal experience with Mr. Gerald Shvartsman and my employment history at Source Furniture that began on January 27, 2013. At the time of my hiring, I was part of the work release program, seeking a fresh start in life. Gerald provided me with that opportunity. Throughout my tenure at Source Furniture, I progressed from a warehouse worker to a Logistics manager, overseeing my own department and supervising a team in the warehouse. Some of my team members were also from the work release program.

When I departed Source Furniture in 2022, I made sure to convey to Mr. Gerald Shavrtsman the profound impact he had on my life. Thanks to his mentorship, both professionally and personally, I am now happily married with a family of my own. I am forever grateful for the invaluable lessons Gerald imparted upon me. His leadership, guidance, and ability to look past someone mistakes have earned my utmost respect, he is truly a remarkable leader and boss.

While Gerald deeply regrets his actions, I humbly request Your Honor to consider showing leniency towards him. His positive influence on countless lives, including mine, warrants acknowledgment and compassion.

Respectfully,

Roddrick Harris

4/18/2024

Dear Judge

My name is Luis Fando, and I've been employed by Mr. Shvartsman for more than 12 years now. I started at Source as an upholstery stuffer and now I am the manager in the same upholstery department. Throughout my time with Gerald at Source, I've consistently observed him as an upright, devoted, and diligent individual.

Mr. Shvartsman provided me with an opportunity to reintegrate into society when no one else would, as I am a former convict who faced a three-year incarceration. Without Mr. Shvartsman's support in hiring me from the work release program that aids inmates in returning to the workforce and preparing for release, I wouldn't know where I'd be today. He gave me a chance and turned my life around for the better.

I urge you to show compassion towards him and his family, who have assisted numerous individuals such as myself and continue to do so. While he undoubtedly regrets his actions, we all make mistakes in life. However, if granted the opportunity, I am confident he will seize it and make the most of it.

Sincerely,

Luis Fando

To whom this may concern.

My name is Rafael Rosas. I've been working at Source Furniture for about 5 or 6 years, all together. This situation that is happening saddens me. Mr. Gerald is a very generous, kind hearted, loving human being. When I got out of jail in 2012 I was literally without a job for a whole year. No one wanted to give me a job because of my felony record. Those things just made me want to go back into the streets. But Gerald gave me an opportunity, when no one else cared. I've grown in this company and learned quite a lot. I don't know what I would be doing if it wasn't for him. I know about the situation he's going through. Judge I ask you to please be lenient on his conviction. We all make mistakes in life. We live and we learn. But I ask you judge that with your mercy and kindness that you're not harsh with his conviction. A lot of people depend on him. Family, friends, loved ones and employees. He is a very good man. He's done more than enough for people that are in need. I ask you to be lenient and show mercy for the simple fact that I grew up in the system. And it did nothing for me except make things worst. I was young and stupid. I would've never learned responsibility if it wasn't for this job. It's hard to stay positive and focus when things start to go the wrong way. But thanks to Gerald. I have a job. I'm able to take care of my family and most importantly I have something to keep me focused and out of trouble. So your honor I ask you again. Please have it in your heart to be lenient and merciful on his conviction. We're just human and we make mistakes. I know for a fact that he will never be involved in a situation like this ever again. I appreciate you taking the time to read my letter.

God Bless…

Rafael Rosas

04/18/2024

Your Honor,

I hope this letter finds you well. I've been honored to serve as an employee at Source Furniture since 2014, where I've had the privilege of working for the past decade. My journey with Source Furniture began through a work release program following my 15 years of time in prison.

Under the guidance of the owner, Gerald Shvartsman, and the supportive Source family, I've been able to reintegrate into society and contribute positively. Mr. Shvartsman gave me a chance and continues to push me to do better as a person and in my works ethics. I don't know where I would be today if Mr. Shvartsman didn't believe in. He gave me a second chance.

I firmly believe in the value of second chances; after all, we are all human and prone to making mistakes. Therefore, I implore you to consider granting Gerald Shvartsman another opportunity, just as he has graciously granted me.

Thank you for your time and consideration.

Sincerely,

Breon Williams

Helene Finkelstein

9746 Harbour Lake Circle

Boynton Beach Florida

33437.

To Whom it may concern,

I am writing this letter to explain the relationship and experience my husband Lon Finkelstein had with Gerald Shvartsman and his team at Source Outdoor.

My husband was hired back in 2011, threw work release with Gerald, at that time my husband was 62, an age where most companies or employers don't give seniors a second look, especially being a convict. With new technology today, it was difficult for Lonnie to adapt to a new learning process. Mr. Shvartsman gave my husband a chance to transition, learn and become part of a team of a young and upcoming company. Gerald Shvartsman provided a great opportunity for Lonnie and others. Fortunately, Lonnie was receptive and ready for Geralds helping hand.

As Lonnie's wife I was extremely grateful that he had a secure position with Source Outdoor, and delighted that he continued with the company after fully being released from prison and stayed with them for almost 10 years or so.

Most people when they come home from work, they are exhausted, when Lonnie came home, he was invigorated. As time went by Lonnie's physical condition became more and more difficult, unfortunately, and sadly he had to retire.

Even after leaving the company, Gerald would call and check up on Lonnie to see how he was doing. Lonnie respected and admired Gerald immensely. Lonnie's success was contingent on this work release program and the chance that was given to him.

Lonnie passed away on May 9, 2023.

Helene Finkelstein

786-350-0341

*[signature: Helene Finkelstein]*

04/17/2024

Dear Judge

My name is Quinton black, I have been an employee of Gerald since 2012 if there was anything I ever needed, he was always willing to help. He provided a steady job for me so I can help take care of my family and help my nephew get through college. I don't know what I would do if I didn't have this job. Gerald is a great boss that made a terrible mistake. Please have mercy on his sentencing.



Quinton Black

Pearce R. Saye
6411 BAY CLUB DR #3
FORT LAUDERDALE FL 33308
561.716.1277
PEARCE.SAYE@GMAIL.COM

28th June 2024

To Whom It May Concern,

I am writing this letter in enthusiastic support of Gerald Shvartsman, whom I have had the privilege of knowing and working with for the past five years. During this time, Gerald has consistently demonstrated qualities of exceptional leadership, fairness, and accessibility that make him not only a remarkable boss but also a truly admirable individual.

As a leader, Gerald has shown a rare blend of vision and pragmatism. He navigates challenges with grace and foresight, always ensuring that the team remains motivated and focused on our shared goals. His ability to communicate effectively and his willingness to listen to ideas and concerns make him approachable and respected by all who work with him.

One of Gerald's most outstanding qualities is his unwavering availability and willingness to support his team. Whether it's answering questions, providing guidance, or simply lending an ear, Gerald is consistently there for his colleagues. His dedication goes beyond professional duties; he fosters a supportive environment that encourages growth and collaboration.

Outside of work, Gerald exemplifies a fulfilling personal life. His family is a testament to his kindness and integrity, and their warmth extends to everyone fortunate enough to know them.

In conclusion, it is an honor to work under the leadership of such a commendable individual as Gerald Shvartsman. His qualities as a leader, his dedication to his team, and his personal integrity set a standard that inspires and motivates those around him. I have no doubt that Gerald will continue to excel in all his endeavors and positively impact those fortunate enough to cross paths with him.

Sincerely,

Pearce R. Saye