# EXHIBIT W



# BASSAN and BLOOM, MDs PL

Gastroenterology and Hepatology

4302 Alton Road  Suite 850        1701 Northeast 164th Street  Suite 430

Miami Beach, Florida 33140        North Miami Beach, Florida 33162

(305) 532-2999   Fax:(305) 672-4803

Isaac Bassan, M.D.

Michael Bloom, M.D.

Re: Gerald Shvartsman              Sept 13, 2024
    D.O.B. Aug. 20, 1977

Hon. Lewis J. Liman,

        Mr. Shvartsman is presently under
my medical care for a newly diagnosed
Crohn's Disease. He will be requiring
IV (intravenous therapy) with Remicade
at Owk, 2wk, 6wks, and then every 8 weeks.
This therapy, a "biologic" immunosupression
therapy, requires close monitoring, up to date
vaccinations, and limited exposure to
infectious disease ... for which he will be
prone to contact. Ideally he should
remain out of a prison environment.
For any questions please do not hesitate to
contact me.

                        Michael Bloom
                        MICHAEL BLOOM MD. FRCP(c)