# EXHIBIT AA

# Fiscal Year 2023





# U.S. Immigration and Customs Enforcement

# ICE Annual Report

December 29, 2023





Figure 8. FY 2018 – FY 2023 ERO Detainers Issued

ERO carefully considers when to lodge detainers and relies on prosecutorial discretion and ICE's stated enforcement priorities when making these decisions. While ERO issued fewer detainers during the COVID-19 pandemic, the agency has returned to routine levels and currently lodges detainers against noncitizens who are engaged in criminal activity and are likely threats to public safety. In FY 2023, ERO issued 125,358 detainers for noncitizens with criminal histories, a 59% increase over FY 2022 and a 90.1% increase over FY 2021. During FY 2023, detainers were issued to noncitizens with convictions and charges for numerous instances of serious criminal activity, including 50,918 convictions or charges for assault; 12,667 weapons offenses; 16,578 burglaries and robberies; 6,264 sex offenses (not involving assault or commercialized sex); 6,088 sexual assaults; 2,922 kidnappings; and 2,384 homicides.

**Custody and Case Management**

ERO manages the detained and non-detained dockets from initial book-in to final case disposition (and removal, if applicable). Although most of the more than 6.2 million noncitizens in removal proceedings or subject to final orders of removal are managed on ICE's non-detained docket, the agency also manages detention operations. During FY 2023, ICE provided for the safety, security, and care of an average of 28,289 noncitizens in ICE custody. ERO also provides noncitizen transportation between detention facilities to support a variety of operational requirements, including ensuring adequate space in facilities, providing necessary services such as medical care, and staging noncitizens who have received final orders for removal from the United States. While Congressional funding for ERO's detention beds have remained relatively static for several years and the detained population is limited as a result, the non-detained population has grown significantly, primarily driven by increased migration at the Southwest Border.

| Fiscal Year | Detained | Non-Detained |
|---|---|---|
| FY 2018 | 43,746 | 2,641,589 |
| FY 2019 | 50,922 | 3,274,244 |
| FY 2020 | 19,068 | 3,262,680 |
| FY 2021 | 21,939 | 3,685,856 |
| FY 2022 | 26,299 | 4,759,560 |
| FY 2023 | 36,845 | 6,199,629 |

Figure 9. FY 2018 – FY 2023 ERO Detained and Non-Detained Dockets End-of-Year Snapshot (as of September 30, 2023)

**Detained Docket Population**

ERO oversees the civil immigration detention of one of the most diverse and rapidly changing detained populations in the world. During FY 2023, citizens from over 170 countries passed through ICE detention, staying an average of 37.5 days in custody. Those in ICE custody speak dozens of languages, including rare indigenous dialects, and the population includes individuals with a wide range of health statuses and unique physical and mental healthcare requirements — including some who receive comprehensive medical care for the first time after they are booked into detention.

Noncitizens in ICE custody are housed within 150 detention facilities across the nation that are a mixture of ICE-owned, privately-owned, and state and local facilities. The ERO Headquarters Custody Management and ICE Health Service Corps (IHSC) divisions assist ERO officers in the field with managing the detained population, overseeing the health and safety of those in custody, ensuring compliance with ICE's detention standards, facilitating translation services where needed, and providing medical care — including dental and mental healthcare — to all detained noncitizens.

ICE detention is non-punitive in nature, and the agency detains noncitizens only where required by law or based on the unique circumstances of the case. Generally, noncitizens in ICE detention fall into one of three categories: 1) those who are subject to mandatory detention under the Immigration and Nationality Act, 2) those who ERO has determined must be detained to secure their presence for immigration proceedings or removal from the United States, or 3) those who pose a risk to public safety or national security or may be considered a flight risk. Because ICE has very limited detention capacity and appropriated bedspace has remained relatively static, the agency must carefully prioritize whom it detains. Similar to FY 2022, during FY 2023, ERO's limited detention capacity was primarily used to house two populations: noncitizens CBP arrested at the Southwest Border and noncitizens with criminal histories ERO arrested in the interior.

Between FY 2022 and FY 2023, the number of noncitizens in ICE custody increased by 40.1% as the detained population increased from 26,299 at the end of FY 2022 to 36,845 at the end of FY 2023. Continuing a trend seen over the past several years, the majority of book-ins (69%) resulted from CBP arrests in FY 2023, compared to 81% in FY 2022. Additionally, ICE's interior arrests decreased slightly from 29.6% in FY 2022 to 27.1% in FY 2023.



Figure 10. FY 2018 – FY 2023 ICE Initial Book-Ins by Final Order and Fiscal Year.[11]



Figure 11. FY 2023 Currently Detained by Final Order Status.[12]

| Country of Citizenship | Detained |
|---|---|
| **Total** | 26,162 |
| Venezuela | 5,914 |

---

[11] FY 2023 Book-In Data are updated through September 30, 2023. FY 2018 – FY 2022 are historical and remain static.
[12] FY 2023 National Docket data are a snapshot as of October 3, 2023.

19

| Mexico | 4,522 |
|---|---|
| Honduras | 3,331 |
| Guatemala | 2,722 |
| Ecuador | 2,443 |
| Colombia | 2,114 |
| El Salvador | 1,744 |
| Senegal | 1,305 |
| India | 1,062 |
| Mauritania | 1,005 |

Figure 12. FY 2023 ICE Currently Detained by Top 10 Countries of Citizenship.[13]



Figure 13. FY 2018 – FY 2023 Currently Detained by Arresting Agency.[14]

---

[13] FY 2023 National Docket data are a snapshot as of October 3, 2023.
[14] FY 2023 National Docket data are a snapshot as of October 3, 2023. FY 2018 – FY 2023 data is as of the end of the fiscal year. FY 2023 data does not include the 81 noncitizens in detention with no case information, which may occur for very recent book-ins.

20



Figure 14. FY 2018 – FY 2023 Average Daily Population by Arresting Agency.[15]



Figure 15. FY 2018 – FY 2023 ICE Average Daily Population by Arresting Agency and Month.[16]

---

[15] FY 2023 are updated through September 30, 2023. FY 2018 – FY 2022 data are historic and remain static.
[16] FY 2023 data are updated through September 30, 2023. FY 2018 – FY 2022 data are historic and remain static.



Figure 16. FY 2018 – FY 2023 Average Length of Stay by Arresting Agency

**Detained Noncitizen Healthcare**

Caring for the detained population is a key component of ERO's work. Through its nationwide staff of 1,670 U.S. Public Health Service Commissioned Corps officers, civil servants, and contract health professionals, ERO's ICE Health Service Corps (IHSC) provides direct healthcare at ICE-owned facilities; oversees compliance with health-related standards in contract facilities that house noncitizens in ICE custody; reimburses providers for off-site health care services detained individuals receive while in ICE and CBP custody; and supports special operations missions. All noncitizens in ICE custody receive health care screenings within 12 hours of arrival and complete assessments within 14 days of admission.

During FY 2023, IHSC's operating budget approached $352 million, and IHSC provided direct care — including medical, mental, and dental health services — to over 131,000 noncitizens housed at 19 IHSC-staffed facilities throughout the United States over the course of more than 1.2 million visits. In addition, IHSC oversaw compliance with healthcare-related detention standards for 191,853 noncitizens housed in 128 non-IHSC-staffed facilities, totaling over 45,000 beds.

**Non-Detained National Docket**

While ICE detains noncitizens to preserve public safety, to secure their presence for immigration proceedings, for removal purposes, or as required by law, the vast majority of noncitizens on ICE's docket are monitored outside of a detention setting through a variety of mechanisms. ICE's non-detained docket comprises 1) noncitizens released from agency custody with final orders of removal and 2) noncitizens who are released from agency custody with pending removal proceedings, including unaccompanied children who have aged out of U.S. Department of Health and Human Services Office of Refugee Resettlement (ORR) custody and noncitizens who were