**SERCARZ & RIOPELLE, LLP**
950 THIRD AVENUE, 31st Floor
NEW YORK, NEW YORK 10022
(212) 586-4900
FACSIMILE (212) 586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*
—————————

*Admitted in New Jersey*

October 15, 2024

**BY ECF and Email**

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Rm. 701
New York, NY 10007

Re: <u>United States v. Gerald Shvartsman,</u>
23 CR 307 (LJL)

Dear Judge Liman:

I am retained counsel for the above-referenced defendant.  I am pleased to enclose a copy of a memo prepared by Joel Sickler of the Justice Advocacy Group, LLC, which describes and amplifies the consequences of Gerald and Michael Shvartsman's immigration status on their sentencing and potential incarceration.

While I recognize that this letter is submitted on the eve of the  Defendant's sentencing, I respectfully request that the Court consider this memorandum in connection with both Gerald Shvartsman's and Michael Shvartsman's sentencings.

Respectfully submitted,

*Roland G. Riopelle*

Roland G. Riopelle

Enc.
Cc: All Counsel (By ECF and Email)

1