# EXHIBIT A

**Gerald Shvartsman**

**16495 NE 32 Ave**

**North Miami Beach, Florida 33160**

**The Honorable Judge Lewis J. Liman**
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** Request to Extend Surrender Date in United States v. Shvartsman, 23 CR 307 (LJL)

Dear Judge Liman,

I respectfully write to request an extension of my surrender date, which is currently scheduled for January 3rd, 2025, in relation to case number 23 CR 307 (LJL). I am facing deportation proceedings, which have introduced complexities that I believe warrant additional time before I surrender to the custody of the Bureau of Prisons.

I am actively working with my immigration attorney, Steven Goldstein, Esq. to finalize all immigration-related matters before my surrender. I would like to complete these matters before my surrender, to facilitate a smoother resolution and minimize any unnecessary complications relating to my immigration status. I have been living in Miami for approximately 20 years and have many things to unwind that are out of my control time-wise. I am fully committed to complying with the court's sentence.

I respectfully request that the court grant an extension of 90 days to allow me to address these pressing matters. This request is made in good faith and with the intention of fulfilling all obligations required by the court.

I deeply appreciate your consideration of this request.

Thank you for your attention to this matter.

Respectfully,

Gerald Shvartsman

*[signature]*

NOV 20 2025

**The Honorable Judge Lewis J. Liman**
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

11/21/2024

Dear Judge Liman,

I am writing to respectfully request that Gerald Shvartsman remain with our organization until April 15, 2025, to support the onboarding of our new President of Production, Javier Castillo, who will begin on November 28, 2024. Given the upcoming holidays and the operational demands of this transition, Gerald's continued guidance will be essential in ensuring a seamless handover during this critical period.

At Source Furniture, we take great pride in conducting the majority of our manufacturing in the United States, an approach that presents unique challenges and requires specialized expertise. Gerald has been instrumental in managing the complexities of our operations, including assembly, powder coating, fabrication, and upholstery processes. Recently, we have also integrated advanced machinery into our workflow, which brings additional complexities that only Gerald is fully equipped to address.

Our company employs over 150 people, many of whom rely on the factory's smooth operation for their livelihoods. Gerald not only possesses the technical expertise needed to maintain our production standards but has also fostered a unique workplace culture. His leadership has created opportunities for team members who often require additional guidance and oversight, cultivating an environment of support and growth.

This culture and operational knowledge will ultimately transition to Javier Castillo, but such a handoff typically requires 6 to 12 months. I am requesting just 90 additional days to ensure Gerald can properly mentor Javier and maintain operational stability during this adjustment.
Thank you for considering this request. Your support would significantly contribute to the stability and success of our company during this pivotal time.

Sincerely,
**Steven Bramson**

CEO, Source Furniture