SERCARZ & RIOPELLE, LLP
950 THIRD AVENUE, 31st Floor
NEW YORK, NEW YORK 10022
(212) 586-4900
FACSIMILE (212) 586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

*Admitted in New Jersey*

July 13, 2024

**BY ECF**

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Rm. 701
New York, NY 10007

Re: United States v. Gerald Shvartsman,
23 CR 307 (LJL)

Dear Judge Liman:

I am counsel for the above-referenced defendant.

I write to request that the Court extend the time that my client is permitted to travel in Spain for one day, from July 19, 2026 to July 20, 2026, and to extend the geographical limitations of the Court's prior order, for the reasons stated below. I have discussed this application with Mr. Shvartsman's Probation Officer, who consents to it and recommended that I make this application as a matter of good order. I have not discussed this application with AUSA Matthew Shahabian, because I assume he has no objection to this proposed modification, given the consent of Probation.

On March 9, 2026, the Court granted the defendant's application to travel to Barcelona from July 1-19, 2026, for business and pleasure. See Dkt. No. 274. The defendant has been scouting potential customers for his patio furniture business during this trip and is finding that Spain is a good venue to locate customers. For this reason, the defendant would like to extend his trip to Spain for an extra day, and requests permission to travel to Madrid, Palma, Ibiza, Marbella, Mallorca and Seville during his trip to Spain, as these venues are likely to have potential customers for his patio furniture business.

As noted above, the defendant's Probation Officer has no objection to this application.

If the Court wishes to grant the requested modification in my client's travel plans, it may do so by executing this letter at the "So Ordered" signature line below.

Respectfully submitted,

*Roland G. Riopelle*
Roland G. Riopelle

Cc: All Counsel (By ECF)

The Defendant Gerald Shvartsman having made an application to modify his bail conditions to permit him to travel to Spain from July 1 to July 20, 2026, and the defendant's Probation Officer having no objection to said modification and good cause appearing therefor,

IT IS ORDERED that he Defendant Gerald Shvartsman's bail conditions be and hereby are modified to permit him to travel to the following cities in Spain: Barcelona, Madrid, Palma, Ibiza, Marbella, Mallorca and Seville on vacation and for business purposes from July 1-20, 2026, and the defendant is ordered to provide his Probation Officer with his itinerary for such travel.

IT IS SO ORDERED:

7/17/2026 ______________________________
HON. LEWIS J. LIMAN
U. S. D. J.